IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE MAURICIO CARDOSO-FRANCO,<br><br>Petitioner,<br><br>vs.<br><br>KOLBY FOOTE, et al.,<br><br>Respondents. | 8:26-CV-721<br><br>ORDER |

The petitioner has filed a signed Form AO 240—in other words, a motion to proceed *in forma pauperis*—but aside from his signature, the form was blank. *See* filing 2. Without information about the petitioner's financial status, the Court cannot determine whether he qualifies to proceed in district court without paying fees or costs. Accordingly,

IT IS ORDERED:

1. The petitioner's motion to proceed *in forma pauperis* (filing 2) is denied without prejudice.

2. The Clerk of the Court shall provide the petitioner with a copy of this order as well as a copy of Form AO 240.

3. The petitioner shall <u>complete</u> and sign the form and return it to the Court so that his eligibility to proceed without paying fees or costs can be determined. Alternatively, the petitioner may submit the $5.00 filing fee. The petitioner is

advised that failing to submit either the completed form or the filing fee may result in this case being dismissed without further notice.

4. The Clerk of the Court shall set a case management deadline for December 1, 2026, with the following docket text: Check for IFP motion or filing fee.

Dated this 17th day of November, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge